Marcelo A. Dieguez, Esq. (SBN: 221951)
mdieguez@dieferlaw.com
Melissa Newman Avila, Esq. (SBN: 286487)
mavila@dieferlaw.com
Omri Ben-Ari, Esq. (SBN: 291517)
obenari@dieferlaw.com
DIEFER LAW GROUP, P.C.
34204 Pacific Coast Highway
Dana Point, CA 92629-2817
Telephone: 949-260-9131
Facsimile: 949-691-3235

Attorneys for Plaintiff LORRAINE ALCALA

MORGAN, LEWIS & BOCKIUS LLP
Barbara J. Miller (SBN 167223)
barbara.miller@morganlewis.com
David J. Rashe (SBN 318400)
david.rashe@morganlewis.com
600 Anton Boulevard, Suite 1800
Costa Mesa, CA 92626-7653
Tel: +1.714.830.0600
Fax: +1.714.830.0700

Attorneys for Defendants
ASHLEY HOMESTORE HOLDINGS, INC., ET AL.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRAINE ALCALA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ASHLEY HOMESTORES HOLDINGS, INC., a Wisconsin Corporation; STONELEDGE FURNITURE, LLC, a Wisconsin Limited Liability Company; ASHLEY FURNITURE INDUSTRIES, LLC, a Wisconsin Limited Liability Company; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 5:23-CV-01393-FWS-SP<br><br>*The Honorable Fred W. Slaughter*<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: January 4, 2023<br>Trial Date:        October 8, 2024 |

Plaintiff Lorraine Alcala ("Plaintiff") and Defendants Ashley Homestores Holdings, Inc., Stoneledge Furniture, LLC, and Ashley Furniture Industries, LLC ("Defendants") (collectively, the "Parties") have reached a settlement in this action and are working to finalize a written settlement agreement. The Parties will then file with the Court a stipulation and proposed order to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41.

Dated: July 11, 2024            DIEFER LAW GROUP, P.C.

By /s/ *Melissa Newman Avila*
MARCELO A. DIEGUEZ
MELISSA NEWMAN AVILA
OMRI BEN-ARI
Attorneys for Plaintiff
LORRAINE ALCALA

Dated: July 11, 2024            MORGAN, LEWIS & BOCKIUS LLP

By /s/ *Barbara J. Miller*
BARBARA J. MILLER
DAVID J. RASHE
Attorneys for Defendants
ASHLEY HOMESTORES HOLDINGS, INC., STONELEDGE FURNITURE, LLC and ASHLEY FURNITURE INDUSTRIES, LLC

Pursuant to Local Rule 5-4.3.4(a)(2), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By /s/ *Barbara J. Miller*
BARBARA J. MILLER