UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

## CIVIL MINUTES – GENERAL

| Case No. | EDCV 23-01393-FWS (SPx) | Date | July 11, 2024 |
|---|---|---|---|
| Title | Lorraine Alcala v. Ashley Homestores Holdings, Inc. et al | | |

PRESENT:

**HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                   None Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF SETTLEMENT**

The court, having been advised by a Notice of Settlement [23] that this action settled, hereby orders this action dismissed without prejudice. The court hereby orders all proceedings in the case vacated and taken off calendar.

The court retains jurisdiction for **30 days** to vacate this order and to reopen the action upon a showing of good cause that the settlement has not been completed. This order shall not prejudice any party in this action.

Any pending Order to Show Cause is hereby discharged.

                                                                            -       :       -

Initials of Deputy Clerk   mku

cc: